ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
RAYNETTE M. LOGAN
Assistant U.S. Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 28 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,
Plaintiff,
vs.
Jasper Willie Hutchinson, III,
Defendant.

No. CR-17-00432-PHX-DGC

**INFORMATION**

VIO: 21 U.S.C. § 841(a)(1) and (b)(1)(C)
(Possession With Intent to Distribute Methamphetamine, a Controlled Substance)
Count 1

THE UNITED STATES ATTORNEY CHARGES:

On or about December 29, 2016, in the District of Arizona, JASPER WILLIE HUTCHINSON, III, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

Dated this 27th day of February, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Assistant U.S. Attorney